FILED 2018 MAR 28 PM 4:34
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

HOLLIS JAMES JONES, JR.

CASE NO. 3:18-cr-61-J-34JRK
18 U.S.C. §§ 922(g)(1) & 924(a)(2)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about January 24, 2018, in the Middle District of Florida, the defendant,

HOLLIS JAMES JONES, JR.

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Attempted Robbery, on or about January 12, 2016;

2. Resisting an Officer with Violence, on or about June 29, 2017;

3. Resisting an Officer with Violence, on or about June 29, 2017;

4. Depriving an Officer of Means of Protection or Communication, on or about June 29, 2017

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Ruger pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## **FORFEITURE**

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.  The property to be forfeited includes, but is not limited to, a Ruger Model LC9, 9mm pistol, serial number 323-77817 and one round of 9mm ammunition.

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

2

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
APR 1991   No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

HOLLIS JAMES JONES, JR.

## INDICTMENT

Violations:

Count 1:   18 U.S.C. §§ 922(G)(1) & 924(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 28th day

of March 2018

_____
Clerk

Bail   $_____

GPO 863 525